UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Roger BLACK,<br><br>                              Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | Case No.:  20-cv-01495-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 2]** |

Plaintiff Timothy Roger Black, proceeding with counsel, filed a Complaint seeking judicial review of a decision by the Commissioner of Social Security denying his application for disability benefits.  (ECF No. 1.)  Before this Court is a Motion to Proceed *In Forma Pauperis*, filed by Plaintiff.  (ECF No. 2.)

Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without the prepayment of fees if the plaintiff submits an affidavit including a statement of all his assets, demonstrating an inability to pay the filing fees.  The Motion to Proceed *In Forma Pauperis* sufficiently shows that Plaintiff lacks the financial resources to pay filing fees.  Accordingly, the Court **GRANTS** Plaintiff's Application and **ORDERS** as follows:

1. The Clerk shall issue the summons and provide Plaintiff with this Order, a certified copy of the Complaint, the summons, and a blank USM Form 285.
2. Plaintiff shall complete the Form 285 and forward it to the U.S. Marshal.
3. The U.S. Marshal shall serve a copy of the Complaint, summons, and this Order granting Plaintiff's Application upon Defendant as directed on the Form 285. All costs of service shall be advanced by the United States.
4. Plaintiff shall serve upon Defendant, or if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or counsel for Defendant and the date of service.

**IT IS SO ORDERED.**

Dated:  August 11, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge