UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy B.,<br><br>                           Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                          Defendant. | Case No.: 20-cv-01495-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD & PAYMENT OF ATTORNEY FEES & EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

      On August 3, 2020, Plaintiff Timothy B. ("Plaintiff") filed this social security appeal challenging the denial of her application for social security disability insurance benefits. (*See* ECF No. 1.) On May 17, 2021, Plaintiff filed a motion for summary judgment. (ECF No. 16.) On July 6, 2021, Defendant Commissioner of Social Security filed a cross motion for summary judgment. (ECF No. 19.) Ultimately, the Court granted Plaintiff's motion and remanded the action to the Social Security Administration for further proceedings. (ECF No. 21.) The parties now jointly move for an award to Plaintiff of attorney's fees in the amount of $15,000.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (*See* ECF No. 22.) Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Plaintiff be awarded attorney's fees in the amount of $15,000.00 subject to the terms set forth in the joint motion.

      **IT IS SO ORDERED**.

Dated: May 11, 2022

                                                          Hon. Bernard G. Skomal
                                                           United States Magistrate Judge